STATE OF CONNECTICUT *v.* HENRY BRIDGEFORTH
(7034)

DUPONT, C. J., SPALLONE and LAVERY, Js.

Submitted on briefs April 19—decision released May 2, 1990

*Vincent Turley* filed a brief for the appellant (defendant).

*John M. Bailey,* state's attorney, and *Carolyn K. Longstreth* and *James Thomas,* assistant state's attorneys, filed a brief for the appellee (state).

PER CURIAM. There is no error.